IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JONAS PEREZ,

Appellant,

v.

Case No. 5D22-1556
LT Case No. 2020-303156-CFDB

STATE OF FLORIDA,

Appellee.
_____/

Decision filed February 21, 2023

Appeal from the Circuit Court
for Volusia County,
Matthew M. Foxman, Judge.

Matthew J. Metz, Public Defender, and Edward J.
Weiss, Assistant Public Defender, Daytona Beach,
for Appellant.

Ashley Moody, Attorney General, Tallahassee, and
Bonnie Jean Parrish, Assistant Attorney General,
Daytona Beach, for Appellee.


PER CURIAM.

   AFFIRMED.


LAMBERT, C.J., JAY and HARRIS, JJ., concur.